# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | } } } |
| **Plaintiff,** | } **CIVIL ACTION NO.** } } **CIV-07-376-JFB-TDT** |
| v. | } } |
| **DAWES COUNTY, NEBRASKA,** | } } |
| **Defendant.** | } } |

## ORDER

**ON MOTION OF THE PLAINTIFF** and for good cause shown, Plaintiff's unopposed motion for a ten day extension is granted. Plaintiff's response to Defendant's motion for summary judgment is due on or before February 12, 2009.

**SO ORDERED THIS 28th DAY OF JANUARY, 2009.**

/s Joseph F. Bataillon

**Chief Judge Joseph F. Bataillon**
**United States District Court**