**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT** | ) | |
| **OPPORTUNITY COMMISSION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:07CV376** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **DAWES COUNTY, NEBRASKA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

On the court's own motion, the pretrial conference previously set for April 13, 2009,
at 3:30 p.m. is cancelled and is **rescheduled for April 14, 2009 at 11:00 a.m.** before the
undersigned magistrate judge in Suite 2271, Roman L. Hruska United States Courthouse,
111 South 18th Plaza, Omaha, Nebraska.

**IT IS SO ORDERED.**

DATED this 16th day of March, 2009.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge