FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

09 MAY -8 AM 11: 16

OFFICE OF THE CLERK

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | } | |
| | } | |
| | } | **CIVIL ACTION NO.** |
| **Plaintiff,** | } | |
| | } | **CIV-07-376-JFB-TDT** |
| **v.** | } | |
| | } | |
| **DAWES COUNTY, NEBRASKA,** | } | |
| | } | |
| **Defendant.** | } | |
| | } | |

## ORDER APPROVING ENTRY OF CONSENT DECREE

Upon motion of the Plaintiff, EEOC, and for good cause shown, the Court finds that the

Plaintiff's Motion for Entry of Consent Decree should be granted.

IT IS THEREFORE ORDERED that the Consent Decree tendered with Plaintiff's motion

shall be approved by the Court and tendered to the Court Clerk for filing.

THE HONORABLE JUDGE JOSEPH F. BATAILLON
UNITED STATES DISTRICT COURT JUDGE